

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-310-CV

JAMES E. PORTER                                                           APPELLANT

V.

STATE BAR OF TEXAS                                                        APPELLEE

------------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On August 30, 2010, Appellant James E. Porter filed a notice of appeal from the trial court's judgment, which was signed on April 1, 2010. On September 7, 2010, we sent a letter to Appellant stating our concern that we may be without jurisdiction because Appellant's notice of appeal was not timely filed.[2] We informed Appellant that unless he, or any party desiring to continue the

---

[1]*See* Tex. R. App. P. 47.4.
[2]*See* Tex. R. App. P. 26.1(a).

appeal, filed a response showing grounds for continuing the appeal on or before September 17, 2010, the appeal could be dismissed for want of jurisdiction. Appellant faxed a reply to our letter claiming that because he had filed a motion to reconsider and a motion for new trial on May 3, 2010, the trial court's order was not final until his motions were denied August 1, 2010.

Texas Rule of Appellate Procedure 26.1(a) extends the deadline to file a notice of appeal from thirty days to ninety days when a motion for new trial has been filed.  Tex. R. App. P. 26.1(a)(1).  The April 1, 2010 order from the trial court was a final judgment and appealable.  Thus, the notice of appeal must have been filed by June 30, 2010, but it was not filed until August 30, 2010.  Because Appellant's notice of appeal was untimely, we have no jurisdiction to consider this appeal.  Accordingly, we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  October 14, 2010

---

[3]*See* Tex. R. App. P. 42.3(a), 43.2(f).